1  RICHARD D. HOFFMAN  (SB No. 76799)
   rhoffman@nixonpeabody.com
2  WHITNEY D. POPE (SB No. 173894)
   wpope@nixonpeabody.com
3  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
4  San Francisco, California 94111-3600
   Telephone: (415) 984-8200
5  Fax:  (415) 984-8300
6

7  Attorneys for Plaintiff
   ZURICH AMERICAN INSURANCE COMPANY,
8  a New York Corporation

9

   UNITED STATES DISTRICT COURT
10 NORTHERN DISTRICT OF CALIFORNIA
   (SAN FRANCISCO DIVISION)
11

12 | ZURICH AMERICAN INSURANCE | Case No. C 08 4614 MHP |
   | COMPANY, | |
13 | | JOINT STIPULATION FOR DISMISSAL |
   | | WITHOUT PREJUDICE |
14 | Plaintiff, | |
15 | vs. | |
16 | JACOBS ENGINEERING GROUP, INC., | |
17 | Defendant. | |
18
19

20     The parties have reviewed and considered the Court's comments at the Case Management

21 Conference of March 23, 2009 and the court's Order to Show Cause of March 24, 2009. Rather than

22 submit briefs or memoranda addressing the Court's jurisdiction over this declaratory relief action, the

23 parties hereby stipulate to a dismissal without prejudice of the instant federal court declaratory relief

24 action. Nothing contained within this stipulation is intended to effect the right of Zurich American

25 Insurance Company to commence an identical proceeding in an appropriate California Superior

26 Court.

27

28 JOINT STIPULATION FOR DISMISSAL WITHOUT
   PREJUDICE
   CASE NO. C 08 4614 MHP

DATED: April 17, 2009

By: _____
NIXON PEABODY LLP
Richard D. Hoffman, Esq.
rhoffman@nixonpeabody.com
Attorneys for Plaintiff
ZURICH AMERICAN INSURANCE
COMPANY


DATED: April ___, 2009

By: _____
KEESAL YOUNG & LOGAN, PC
Albert E. Peacock III, Esq.
al.peacock@kyl.com
Attorneys for Defendant
JACOBS ENGINEERING GROUP, INC.

UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Marilyn H. Patel

NORTHERN DISTRICT OF CALIFORNIA

-2-

JOINT STIPULATION FOR DISMISSAL WITHOUT
PREJUDICE
CASE NO. C 08 4614 MHP

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED: April ___, 2009

DATED: April 17, 2009

By: _____
NIXON PEABODY LLP
Richard D. Hoffman, Esq.
rhoffman@nixonpeabody.com
Attorneys for Plaintiff
ZURICH AMERICAN INSURANCE
COMPANY

By: _____
KEESAL YOUNG & LOGAN, PC
Albert E. Peacock III, Esq.
al.peacock@kyl.com
Attorneys for Defendant
JACOBS ENGINEERING GROUP, INC.

-2-

JOINT STIPULATION FOR DISMISSAL WITHOUT
PREJUDICE
CASE NO. C 08 4614 MHP